AO 442 (Rev. 01/09) Arrest Warrant



# UNITED STATES DISTRICT COURT

for the

District of Columbia

Fid # 1919568

| United States of America | ) | Case: 1:16-cr-00195 |
|---|---|---|
| v. | ) | Assigned To : Jackson, Amy Berman |
| RONALD TAVONE HUNT | ) | Assign. Date : 11/1/2016 |
| | ) | Description: INDICTMENT (B) |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

**FILED**

NOV 0 4 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RONALD TAVONE HUNT

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute 28 Grams or More of Cocaine Base, Cocaine, and One Hundred Grams or More of Heroin); 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Distribution of Heroin); 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iii) (Unlawful Possession with Intent to Distribute 28 Grams or More of Cocaine Base); and FORFEITURE: 21 U.S.C. §§ 853(a) and (p)

Date:   11/01/2016

_____
*Issuing officer's signature*

City and state:     Washington, D.C.

_____
G. Michael Harvey, Magistrate Judge
*Printed name and title*

---

| **Return** | |
|---|---|
| This warrant was received on *(date)* 11/1/2016 , and the person was arrested on *(date)* 11/4/2016 at *(city and state)* WAShington DC . | |
| Date: 11/4/2016 | _____ For Fbi Agent<br>*Arresting officer's signature*<br><br>Darron Green Deputy U.S. Marshal<br>*Printed name and title* |